IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| GRATINIANO TOVAR-VALENCIA | § | |
| VS. | § | CIVIL ACTION NO. 1:15cv24 |
| CHARLES A. DANIELS | § | |

ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Petitioner Gratiniano Tovar-Valencia, an inmate confined at the Federal Correctional Complex in Beaumont, Texas, proceeding *pro se*, brought this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends petitioner's motion to proceed *in forma pauperis* be denied. The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

O R D E R

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. It is therefore

**ORDERED** that petitioner's motion to proceed *in forma pauperis* (docket entry no. 9) is **DENIED**. It is further

**ORDERED** that petitioner shall pay the filing fee of $5.00 within thirty (30) days from the date of this order.

So ordered and signed on

**Jan 29, 2016**

_____
Ron Clark, United States District Judge